**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| PAUL DURHAM, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO. |
| DAVID SHULKIN, SECRETARY OF | ) | 1:17-cv-04503-WSD |
| DEPARTMENT OF VETERANS | ) | |
| AFFAIRS | ) | |
| | ) | |
| & | ) | |
| | ) | |
| JAMES BYRNE, GENERAL | ) | |
| COUNSEL OF THE DEPARTMENT OF | ) | |
| VETERANS AFFAIRS | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

COMES NOW, Plaintiff Paul Durham moves for voluntary dismissal of this action.

Defendants have provided the requested document under both the Privacy Act and the

Freedom of Information Act.,  Further, the parties have settled with respect to the

costs and attorney fees for filing of such matter.

Plaintiffs pray that this Court:

Dismiss this case with prejudice.

1

Respectfully submitted this 19th Day of December, 2017.[1]

RESPECTFULLY SUBMITTED,

/s_____
WILLIAM L. NABORS JR.
Georgia Bar No. 211644

NABORS LAW GROUP
3355 Lenox Road
Suite 750
Atlanta, Georgia 30326
Telephone No: (678) 510-1730
Fax (678) 710-8957
Email: william@naborstrustlaw.com

---

[1] Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that this document has been prepared in compliance with Local Rule 5.1(B).

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION**

| | | |
|---|---|---|
| PAUL DURHAM, et al., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO. |
| DAVID SHULKIN, SECRETARY OF | ) | 1:17-cv-04503-WSD |
| DEPARTMENT OF VETERANS | ) | |
| AFFAIRS | ) | |
| | ) | |
| & | ) | |
| | ) | |
| JAMES BYRNE, GENERAL | ) | |
| COUNSEL OF THE DEPARTMENT OF | ) | |
| VETERANS AFFAIRS | ) | |
| | ) | |
| | ) | |
|     Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 19, 2017, I served a true and correct copy of

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL** by depositing it in

U.S. Mail with appropriate postage for first class mail.  Service was made to the

following parties:

James Byrne
General Counsel of the Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC, 20420

David Shulkin
 Secretary of the Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC, 20420

United States Attorney for the Northern District of Georgia
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309

/s_____
WILLIAM L. NABORS JR.